United States District Court
Southern District of Texas
ENTERED

OCT 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FLAVIO TORRES-LLUIGUISACA, APPLICANT | § § § | |
| VS. | § § | CIVIL ACTION NO. B-96-134 |
| THE ATTORNEY GENERAL OF THE UNITED STATES, ET AL. | § § § | |

### FINAL JUDGMENT

On August 12, 1996, this Application for Habeas Corpus was filed to prevent the deportation of the Petitioner.

A complete review of the file reflects that no hearing was ever sought and no service ever had on the Immigration and Naturalization Service.

IT IS THEREFORE **ORDERED** that this case be **DISMISSED for want of prosection** pursuant to Fed. R. Civ. P. 41(b).

The Clerk will send a copy of this Order to counsel for Petitioner.

SIGNED at Brownsville, Texas, this 9th day of October 1998.

Filemon B. Vela
United States District Judge